IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

In re: London, Jyl M.

First Meeting of Creditors:

Chapter 7 Bankruptcy No: 15-30676

## CHAPTER 7 TRUSTEE'S DIRECTIVE

NOTICE TO DEBTOR(S):

PURSUANT TO RULE 2003 -1 (b), RULES OF PRACTICE OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH, THESE INSTRUCTIONS FROM THE TRUSTEE MUST BE COMPLIED WITH. IF YOU DO NOT UNDERSTAND WHAT IS REQUIRED OF YOU, DISCUSS THE MATTER WITH YOUR ATTORNEY.

You are instructed to file with the trustee, though your attorney, the following documents (if marked):

- [x] 1. **TAX RETURNS:** Supply the Trustee with copies of Federal and State tax returns for the tax years _2014_, no later than _December 31, 2014 and 2015 no later than 4/16/16_
- [x] 2. **TAX REFUNDS:** Turnover to the trustee any tax refunds both State and Federal that you may receive.
- [ ] 3. **BANK STATEMENTS:** Within fifteen (15) days, Debtor(s) are directed to turnover to the trustee copies of bank statements on all accounts for the month(s) of _____
- [ ] 4. **VEHICLES/PERSONAL PROPERTY:** Within fifteen (15) days, Debtor(s) are directed to contact Erkelens & Olson Auctioneers at (801)355-6655 / Statewide Auction Company at (801) 232-3900 to arrange for turnover of _____ for appraisal / sale.
- [ ] 5. **MOTOR VEHICLE TITLES:** Within thirty (30) days, Debtor(s) are directed to turnover to the trustee copies of motor vehicle titles (not registration certificates) for any and all vehicles titled in the name of the debtor(s).
- [ ] 6. **REAL PROPERTY DOCUMENTS:** Within thirty (30) days, Debtor(s) are directed to turnover to the trustee copies of all real property documents including, but not limited to, trust deeds, loan documents, payoff amounts.
- [x] 7. **OTHER:** Within fifteen (15) days supply the trustee with the following: _Means test, Payment advices_
- [ ] 8. **DIRECTED AMENDMENTS:** Within thirty (30) days, Debtor(s) are directed to make the following amendments to their bankruptcy papers:
  Bankruptcy Petition: ☐ Name; ☐ Address; ☐ SS# or Tax ID#; ☐ Prior Bankruptcy Filing; Other_____
  Schedules: ☐ A; ☐ B; ☐ C; ☐ D; ☐ E; ☐ F; ☐ G; ☐ H; ☐ I; ☐ J; ☐ Reason_____
  Statements:_____
- [ ] 9. **EXEMPTIONS:** The Trustee objects to the following exemptions:
  Reasons: __ Exemption exceeds statutory amount.
  Other:_____

The Bankruptcy Code requires that you cooperate with the trustee [11 U.S.C. 521(3)]. If you fail to comply with these instructions or if you supply incomplete or inaccurate information, the trustee may ask the Court to impose sanctions against you.

DATED: 15 Dec 2015

Duane H. Gillman, Chapter 7 Trustee, by: _[signature]_