| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Eric John Checketts** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–3998** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | _____ <br> First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Utah** | | |
| Case number:   **15–29860   KRA** | Chapter 7 | Petition date: 10/21/15 |

## Order of Discharge                                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Eric John Checketts

2/10/16                                                                              **By the court:**   Kevin R. Anderson
                                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                   **Order of Discharge**                                   page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of Utah

In re:                                                                    Case No. 15-29860-KRA
Eric John Checketts                                                       Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 1088-2          User: admin              Page 1 of 2            Date Rcvd: Feb 10, 2016
                              Form ID: 318             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2016.
```
db            +Eric John Checketts,    3017 South 600 West,     Syracuse, UT 84075-9666
10018182      +Citibank,    Citicorp Credt Srvs/Centralized Bankrupt,    Po Box 790040,
                Saint Louis, MO 63179-0040
10018183      +Citibank/The Home Depot,     Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                Saint Louis, MO 63179-0040
10018184      +Cmg Mortgage Inc,    3160 Crow Canyon Rd Ste,     San Ramon, CA 94583-1368
10018185      +Columbian Bank and Trust Company,     Overland Park,    4701 W. 110th Street,
                Overland Park, KS 66211-1201
10018190      +Jaren Meyerhoffer,    3017 South 600 West,     Syracuse, UT 84075-9666
10018191      +Jyl London,    10259 South Silver Mine Rd.,     South Jordan, UT 84009-4797
10018194     ++NISSAN MOTOR ACCEPTANCE CORPORATION,     LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
               (address filed with court: Nissan Motor Acceptance,      Attn: Bankruptcy,    8900 Freeport Parkway,
                Irving, TX 75063)
10018198      +Uheaa,   Po Box 145110,    Salt Lake City, UT 84114-5110
10018202     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,     FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Hm Mortgag,      8480 Stagecoach Cir,
                Frederick, MD 21701)
10018201       Wells Fargo,    1 HOME CAMPUS X2303-01A,    DES MOINES IA 50326
10018203      +West Coast LLC,    15210 N Scottsdale Rd. #230,     Scottsdale, AZ 85254-8217
10018204      +William H. Meyer,    1044 Main St., Ste. 900,     Kansas City, MO 64105-2126
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
10018177      +E-mail/Text: e-bankruptcy@americafirst.com Feb 11 2016 01:57:49      America First Cr Un,
                Attn Bankruptcy,    Po Box 9199,    Ogden, UT 84409-0199
10018178      +EDI: BECKLEE.COM Feb 11 2016 01:18:00      American Express,   Po Box 3001,
                16 General Warren Blvd,    Malvern, PA 19355-1245
10018179       EDI: BANKAMER.COM Feb 11 2016 01:23:00      Bank of America,   P.O. Box 982236,
                El Paso, TX 79998
10018180      +EDI: CAPITALONE.COM Feb 11 2016 01:18:00      Capital One Na,   Attn: General Correspondence,
                Po Box 30285,    Salt Lake City, UT 84130-0285
10018181      +EDI: CHASE.COM Feb 11 2016 01:18:00      Chase Card Services,   Attn:Bankruptcy Dept,
                Po Box 15298,    Wilmington, DE 19850-5298
10018186      +EDI: CRFRSTNA.COM Feb 11 2016 01:18:00      Credit First/CFNA,   Bk13 Credit Operations,
                Po Box 818011,    Cleveland, OH 44181-8011
10018187      +EDI: DISCOVER.COM Feb 11 2016 01:18:00      Discover Financial,
                Attention: Bankruptcy Department,     Po Box 3025,   New Albany, OH 43054-3025
10018188      +E-mail/Text: jmontoya@gwcu.org Feb 11 2016 01:58:31      Goldenwst Cu,   147 26th St,
                Ogden, UT 84401-3495
10018189       EDI: IRS.COM Feb 11 2016 01:23:00      Internal Revenue Service,
                Attn: Special Procedures, Mail Stop 5021,     50 South 200 East,    Salt Lake City, UT 84111
10018192      +EDI: CBSKOHLS.COM Feb 11 2016 01:18:00      Kohls/capone,   Po Box 3115,
                Milwaukee, WI 53201-3115
10018193      +E-mail/Text: cowens@nationwideacceptance.com Feb 11 2016 01:57:28      Nationwide Acceptance,
                105 Decker Ct. Suite 725,    Irving, TX 75062-2815
10018195       EDI: AGFINANCE.COM Feb 11 2016 01:18:00      Springleaf Financial Services,
                Attention: Bankruptcy Department,     Po Box 3251,   Evansville, IN 47731
10018196      +EDI: NEXTEL.COM Feb 11 2016 01:18:00      Sprint,   P.O. Box 8077,    London, KY 40742-8077
10018197      +EDI: RMSC.COM Feb 11 2016 01:23:00      Synchrony Bank/Mervyns,    Attn: Bankruptcy,
                Po Box 103104,    Roswell, GA 30076-9104
10018199      +EDI: UTAHTAXCOMM.COM Feb 11 2016 01:23:00      Utah State Tax Commission,   Bankruptcy Unit,
                210 North 1950 West,    Salt Lake City, UT 84134-9000
10018200      +EDI: WFFC.COM Feb 11 2016 01:18:00      Wells Fargo,   Po Box 14517,    Des Moines, IA 50306-3517
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 1088-2          User: admin              Page 2 of 2              Date Rcvd: Feb 10, 2016
                              Form ID: 318             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 10, 2016 at the address(es) listed below:
              Brian D. Johnson    on behalf of Debtor Eric John Checketts courtmail@bdjexpresslaw.com,
               pauline.thayne@yahoo.com
              George B. Hofmann tr, IV    trustee@cohnekinghorn.com,
               dhaney@cohnekinghorn.com;sforsgren@cohnekinghorn.com;UT16@ecfcbis.com
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                           TOTAL: 3
```